FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2020

No. 04-19-00645-CR

Lonnie Jerome James **ELLISON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10112C
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

On October 30, 2020, appellant filed a motion for extension of time to file his pro se brief. The motion is DENIED AS MOOT.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2020.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court